IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

SENTRY SELECT INSURANCE CO. and
SENTRY INSURANCE A MUTUAL
COMPANY,

      Plaintiffs,

v.

LBL SKYSYSTEMS (U.S.A.), INC., ST.
PAUL GUARANTEE INSURANCE
COMPANY, SOLERA CONSTRUCTION,
INC., DCM ERECTORS, INC., ERNST &
YOUNG, INC., RAYMOND CHABOT, INC.,
LINDA ANGELLO as COMMISSIONER OF
THE NEW YORK DEPARTMENT OF
LABOR, ANDREW W. ERSISTOFF as
COMMISSIONER OF THE NEW YORK
DEPARTMENT OF TAXATION AND
FINANCE, and LAURENTIAN BANK OF
CANADA,

      Defendants.

Civil Action No. 06-4779
Honorable Jan E. DuBois

---

ST. PAUL GUARANTEE INSURANCE
COMPANY,

      Cross-Claim Plaintiff,

v.

LBL SKYSYSTEMS (U.S.A.), INC.,
SOLERA CONSTRUCTION, INC., DCM
ERECTORS, INC., ERNST & YOUNG, INC.,
RAYMOND CHABOT, INC., LINDA
ANGELLO as COMMISSIONER OF THE
NEW YORK DEPARTMENT OF LABOR,
ANDREW W. ERSISTOFF as
COMMISSIONER OF THE NEW YORK
DEPARTMENT OF TAXATION AND
FINANCE, and LAURENTIAN BANK OF
CANADA,

      Cross-Claim Defendants.

---

NY544612.1
20851410003
12/07/2006 lv

## VERIFICATION

I, Mark J. Knudsen, as a Vice President of St. Paul Guarantee Insurance Company, formerly London Guarantee Insurance Company, declare under penalty of perjury under the laws of the United States of America:

1. I have read St. Paul Guarantee Insurance Company's Answer to Interpleader Complaint and Cross-Claims dated and filed on November 13, 2006.

2. Based upon my current personal knowledge, the facts set forth therein are true and correct.

Dated: December 11, 2006

*[signature]*
Mark J. Knudsen, Vice President